UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

AHMED NAWAZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2020

16 Cr. 431 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **December 4, 2020**, the Government shall respond to Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) at ECF No. 57.  By **December 7, 2020**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: November 24, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge