UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

AHMED NAWAZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2020

16 Cr. 431 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's motion to reduce his sentence and the parties' subsequent briefing. ECF Nos. 57, 59–60. By **December 16, 2020**, the Government shall file an additional submission clarifying the expected amount of time Defendant would remain in ICE custody before his deportation.

    SO ORDERED.

Dated: December 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge