UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

AHMED NAWAZ,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021
```

16 Cr. 431 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **February 1, 2021**, the Government shall respond to Defendant's motion for reconsideration, ECF No. 68.

SO ORDERED.

Dated: January 25, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge